**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAMID ENTERTAINMENT FUND LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID BERGSTEIN,<br><br>          Defendant. | Case No. CV 13-1952-GW(JCx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 6, 2015              BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE